# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1476

TRITON TECH OF TEXAS, LLC,

                Plaintiff-Appellant,

v.

NINTENDO OF AMERICA, INC.,

                Defendant-Appellee.

Appeal from the United States District Court for the Western District of Washington in case no. 13-CV-0157, Judge Richard A. Jones.

Authorized Abbreviated Caption[2]

TRITON TECH OF TEXAS, LLC V NINTENDO OF AMERICA, INC., 2013-1476

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.