**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Triton Tech of Texas, LLC　v.　Nintendo of America Inc.

No. 13-1476

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Nintendo of America Inc.
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☑ Respondent　☐ Amicus curiae　☐ Cross Appellant
☐ Appellant　☐ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

- Name: Joseph P. Hamilton
- Law firm: Perkins Coie LLP
- Address: 1888 Century Park East, Suite 1700
- City, State and ZIP: Los Angeles, CA 90067-1721
- Telephone: 310-788-3271
- Fax #: 310-788-3399
- E-mail address: JHamilton@perkinscoie.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 6, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

August 8, 2013　　　　　　　　　　/s/ Joseph P. Hamilton
　　Date　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I, Joseph P. Hamilton, do hereby certify that a true and correct copy of the foregoing was served via this courts ECF notification system this 8th day of August, 2013 upon counsel listed below:

Jacqueline Knapp Burt:  jburt@hgdlawfirm.com

Timothy Carl Davis:  tim@hgdlawfirm.com

Steven Whitefield Ritcheson:  swritcheson@hgdlawfirm.com

Grant Kinsel:  gkinsel@perkinscoie.com

Tyler C. Peterson:  tylerpeterson@perkinscoie.com

/s/ Joseph P. Hamilton
Joseph P. Hamilton