2013–1476

_____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

TRITON TECH OF TEXAS, LLC,

*Plaintiff-Appellant,*

v.

NINTENDO OF AMERICA INC.,

*Defendant-Appellee.*

_____

Appeal from the United States District Court for the Western District of Washington in Case No. 13-CV-0157, Honorable Richard A. Jones

_____

## DEFENDANT-APPELLEE NINTENDO OF AMERICA INC.'S MOTION FOR A 60-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF

_____

| | |
|---|---|
| Grant E. Kinsel | Jonathan L. McFarland |
| Joseph Hamilton | PERKINS COIE LLP |
| PERKINS COIE LLP | 1201 Third Avenue, Suite 4900 |
| 188 Century Park E., Suite 1700 | Seattle, WA  98101-3099 |
| Los Angeles, CA 90067 | Telephone:  206.359.3132 |
| Telephone:  310.788.9900 | Facsimile:  206.359.4132 |
| Facsimile:  310.788.3399 | |

*Attorneys for Defendant-Appellee Nintendo of America Inc.*

September 13, 2013

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, defendant-appellee Nintendo of America Inc. ("Nintendo") moves for a 60-day extension of time in which to file its response brief. Nintendo has not sought any previous extensions in this case. Nintendo's brief is now due by October 10, 2013. If the extension is granted, the brief would be due by December 9, 2013. Plaintiff-appellant Triton Tech of Texas, LLC's ("Triton Tech") counsel initially expressed concern that the resulting due date for its reply brief, December 26, 2013, would be inconvenient and interfere with the holidays. To address those concerns, Nintendo has agreed to consent to a later motion by Triton Tech to extend the due date for Triton Tech's reply brief by 30 days to January 27, 2013. On that basis, Triton Tech has consented to this motion and will not file an opposition.

As explained in the attached declaration, Nintendo has good cause for an extension because of counsel's commitments on other matters between now and the current due date, making the current deadline difficult to meet. Additionally, the patent-in-suit has expired, and Nintendo is not aware of any special urgency to this appeal.

DATED:  September 13, 2013  **PERKINS COIE LLP**

By: */s/ Jonathan L. McFarland*
   Grant E. Kinsel
   GKinsel@perkinscoie.com
   Joseph P. Hamilton
   JHamilton@perkinscoie.com
   Jonathan L. McFarland
   JMcFarland@perkinscoie.com

Attorneys for Defendant-Appellee
Nintendo of America Inc.

## CERTIFICATE OF INTEREST

Counsel for defendant-appellee Nintendo of America Inc. certifies the following:

The full name of every party or amicus curiae represented by me is:

Nintendo of America Inc.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

n/a

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Nintendo Co., Ltd.

The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or are expected to appear in this Court are listed below.

### PERKINS COIE LLP

| | | |
|---|---|---|
| Grant Kinsel | Joseph P. Hamilton | Dan L. Bagatell |
| Jonathan L. McFarland | Tyler Peterson | Michael J. Song |

### FINDLAY CRAFT, LLP

Eric H. Findlay          Roger B. Craft

## DECLARATION OF JONATHAN L. MCFARLAND

1. I am counsel for appellee Nintendo in this appeal. Except as indicated, I have personal knowledge of the facts stated below.

2. The three lawyers who expect to do the majority of the work in preparing Nintendo's response brief have extensive commitments during September and October. For example, I have approximately ten depositions scheduled, along with other expert and fact discovery-related deadlines in other district court cases, between now and the current due date. Additionally, I attended a week-long NITA trial training course in September. Further, I understand that Nintendo's two principal attorneys here and before the district court, Grant Kinsel and Joseph Hamilton, likewise have extensive commitments during September and October, including approximately ten other depositions, a mediation, dispositive motion deadlines, and pre-trial practice in other district court cases. It would be very difficult for us to complete Nintendo's response brief by the current deadline.

3. The patent-in-suit has expired, and I am not aware of any special urgency to this appeal.

4. I contacted James F. McDonough, III for Triton Tech. Mr. McDonough initially expressed concern that the resulting due date for its reply brief, December 26, 2013, would be inconvenient and interfere with the holidays. To address those concerns, Nintendo agreed to consent to a later motion

by Triton Tech to extend the due date for its reply brief by 30 days to January 27, 2013.  On that basis, Mr. McDonough informed me that Triton Tech has consented to this motion and will not file an opposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:  September 13, 2013, at Seattle, Washington.

                                              */s/ Jonathan L. McFarland*
                                              Jonathan L. McFarland

**PROOF OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I certify that I caused the foregoing to be served via the Court's CM/ECF system and U.S. Mail on counsel for appellant Triton Tech:

Timothy C. Davis
tim@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2224 1ST AVENUE NE
BIRMINGHAM, AL 35203
(205) 327-9115

Jacqueline Knapp Burt
jburt@hgdlawfirm.com
James F. McDonough
HENINGER GARRISON DAVIS, LLC
3621 Vining Slope, Suite 4320
Atlanta, GA 30339

Steven W. Ritcheson
swritcheson@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
9800 D Topanga Canyon Boulevard, #347
Chatsworth, CA 91311

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: September 13, 2013, at Seattle, Washington.

/s/ *Jonathan L. McFarland*
Jonathan L. McFarland